USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023



HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

ZACHARY KALMBACH
*Assistant Corporation Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

December 12, 2023

**By ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Conference adjourned to
> 1/11/2024 @ 10:45 a.m.
> *Colleen McMahon*
> 12/13/2023

Re:   Boris Racine v. City of New York, et al.,
      23 Civ. 3202 (CM)

Your Honor:

I represent the City of New York, former New York City Department of Correction ("DOC") Commissioner Dora Schriro, and DOC Commissioner Louis Molina in the above-referenced matter. Defendants write to respectfully request an adjournment of the Initial Conference currently scheduled for December 14, 2023, at 10:45 a.m. This is defendants' first such request. Defendants have attempted to contact plaintiff's counsel on multiple occasions to obtain his position on this request, but have not received a response.

By way of background, the Initial Conference in this matter was originally scheduled for September 14, 2023, at 10:00 a.m. (ECF No. 6). The Initial Conference was subsequently adjourned, upon plaintiff's request, to November 16, 2023, at 10:00 a.m. (ECF No. 18). On November 15, 2023, the Court adjourned the Initial Conference to December 14, 2023, at 10:45 a.m. (ECF No. 26).

This matter was just recently reassigned to the undersigned. Unfortunately, I am scheduled to teach a Continuing Legal Education training on December 14, 2023, at 10:00 a.m., which conflicts with the Initial Conference as currently scheduled. In light of this conflict, defendants respectfully request that the Court adjourn the Initial Conference to a later date convenient for the Court. For the Court's convenience, defendants are available anytime on December 12 and 15, 2023, in the morning on December 19, 2023, and anytime on January 9 and 12, 2024. Defendants have not been able to ascertain plaintiff's counsel's availability, as defendants' inquiries remain unanswered.

Defendants apologize for any inconvenience this request may cause the Court, and thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Assistant Corporation Counsel*

cc:  **Via ECF**
Gary Newlin Rawlins
*Attorney for plaintiff*