THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BORIS RACINE

                Plaintiff,

v.

THE CITY OF NEW YORK, et. al.

                Defendants.
-----------------------------------------------------------X

DOCKET NO. 23 Civ. 3202 (CM)

ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(2)

SDNY
JUDGMENT
ELECTRONICALLY FILED
FILED: 12/19/2023

### FRCP 41(a)(2) ORDER OF DISMISSAL

    Pursuant to  Kane v. Mount Pleasant Cent. Sch. Dist., 80 F.4th 101 *; 2023 U.S. App. LEXIS 21529** (https://dockets.justia.com/docket/new-york/nysdce/7:2020cv07936/545048/),  Plaintiff's action is time barred and must be dismissed.

    This dismissal is without prejudice and will not operate as an adjudication on the merits of any claims timely filed in New York State Court pursuant to Adult Survivors Act and CPLR 214-j and/or any  related claims.  Specifically, the matter pending in the New York State Bronx Supreme Court with index number 300158/2012E and any claims related to the Adult Survivors Act and CPLR 214-j  are not affected by this Order of dismissal and this dismissal shall not be an adjudication on the merits of any timely filed New York State court claims.

Dated: December 15, 2023
       New York, New York

*[signature]*  12/19/2023

Hon. Colleen McMahon
USDCJ

*Close case – remove all open motions from the court's calendar.*